AO 240A (Rev. 12/0..)

# UNITED STATES DISTRICT COURT
Eastern District of California

**FILED**

OCT 19 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

JUSTIN DOBROWSKI

        Plaintiff,

v.

UNITED STATES MARSHALS SERVICE

        Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 2:11-CV-2385 JAM CKD

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

    **GRANTED**

The clerk is directed to file the complaint.

IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

    DENIED, for the following reasons:

ENTER this  19th  day of  October  , 2012 .

_____
Signature of Judge

_____
Name and Title of Judge