1  ELLEN C. DOVE, ESQ., (SBN 64034)
2  5325 Elkhorn Blvd., #160
   Sacramento, CA 95842
3  Telephone: (916) 331-0111
   Fax: (916) 726-8576
4  Email: edove3136@aol.com

5  Attorney for Plaintiff

6  BENJAMIN B. WAGNER
   United States Attorney
7  BOBBIE J. MONTOYA
   Assistant United States Attorney
8  501 I Street, Suite 10-100
   Sacramento, California 95814
9  Telephone: (916) 554-2775

10 Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, (U. S. MARSHALS SERVICE) and DOES 1-10,<br><br>                 Defendants. | Case No.  2:11-CV-02835 JAM CKD<br><br>STIPULATION AND ORDER TO DISMISS U.S. MARSHALS SERVICE |

     The parties to the above-captioned civil action, by and through their respective undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the U.S. Marshals Service is dismissed as a party defendant.

     IT IS SO STIPULATED.

DATED:  March 20, 2013                     LAW OFFICES OF ELLEN C. DOVE

                                                     */s/ Ellen C. Dove*    (authorized by 3/20/13 email)

                                         ELLEN C. DOVE, ESQ.
                                         Attorney for Plaintiff

Stipulation and [proposed] Order to Dismiss               1
U.S. Marshals Service

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 20, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Bobbie J. Montoya*<br>_____<br>BOBBIE J. MONTOYA<br>Assistant United States Attorney<br><br>Attorneys for Federal Defendants |

**ORDER**

IT IS SO ORDERED.

DATED: 3/20/2013         /s/ John A. Mendez_____
                         JOHN A. MENDEZ
                         United States District Court Judge

Stipulation and [proposed] Order to Dismiss        2
U.S. Marshals Service

PDF created with pdfFactory trial version www.pdffactory.com