ELLEN C. DOVE, ESQ., (SBN 64034)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone: (916) 331-0111
Fax: (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2775

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, (U. S. MARSHALS SERVICE) and DOES 1-10,<br><br>         Defendants. | Case No.  2:11-CV-02835 JAM CKD<br><br>STIPULATION AND ORDER TO DISMISS U.S. MARSHALS SERVICE |

   The parties to the above-captioned civil action, by and through their respective undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the U.S. Marshals Service is dismissed as a party defendant.

   IT IS SO STIPULATED.

DATED:  March 20, 2013            LAW OFFICES OF ELLEN C. DOVE

                                  */s/ Ellen C. Dove*   (authorized by 3/20/13 email)
                                  _____
                                  ELLEN C. DOVE, ESQ.
                                  Attorney for Plaintiff

Stipulation and [proposed] Order to Dismiss                     1
U.S. Marshals Service

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 20, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Federal Defendants

**ORDER**

IT IS SO ORDERED.

DATED: 3/20/2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

Stipulation and [proposed] Order to Dismiss    2
U.S. Marshals Service
PDF created with pdfFactory trial version www.pdffactory.com