BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and DOES 1-10,<br><br>  Defendants. | Case No. 2:11-CV-02835 JAM CKD<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES IN LIGHT OF LAPSE OF APPROPRIATIONS |

The parties to the above-captioned civil action, by and through their respective undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the deadline for expert witness disclosure shall be extended from October 31, 2013 to November 29, 2013, and deadline for supplemental expert disclosure shall be extended from December 13, 2013 to January 13, 2014.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases. Indeed, the undersigned Assistant U.S. Attorney is furloughed until appropriations to the Justice Department are restored.

////

1  3. Undersigned counsel for defendant United States of America therefore seeks an extension of the expert disclosure deadlines in light of the lapse of appropriations and her inability to perform the necessary functions with regard to preparing for expert disclosure.

4. It does not appear that any other pretrial dates need to be extended at this time.

5. There have been no prior extensions in this regard.

6. Defendant greatly regrets any disruption caused to the Court and the other litigant in having to seek this extension of time.

IT IS SO STIPULATED.

DATED: October 1, 2013                            LAW OFFICES OF ELLEN C. DOVE


                                                  /s/ Ellen C. Dove
                                                  ELLEN C. DOVE, ESQ.
                                                  Attorney for Plaintiff


DATED: October 2, 2013                            BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ Bobbie J. Montoya
                                                  BOBBIE J. MONTOYA
                                                  Assistant United States Attorney

                                                  Attorneys for Defendant


**ORDER**

Good cause having been shown, the foregoing stipulation is hereby APPROVED.

DATED:  10/3/2013                                 /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  United States District Court Judge