BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 2:11-CV-02835 JAM CKD<br><br>STIPULATION AND ORDER FOR DEFENDANT TO TAKE THE DEPOSITION OF PLAINTIFF |

　　　The parties to the above-captioned action agree and STIPULATE, subject to the Court's approval, as follows:

　　　1. Rule 30 of the Federal Rules of Civil Procedure provide that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2)[,] . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B).

　　　2. Defendant United States seeks leave of court to take the oral deposition of plaintiff Justin Dobrowski, the plaintiff in the above-captioned action. Mr. Dobrowski is currently confined by the California Department of Corrections and Rehabilitation in Eloy, Arizona.

　　　3. Counsel for defendant would like to depose Mr. Dobrowski prior to the close of discovery, currently set for March 31, 2014. This is a personal injury action brought by plaintiff under the Federal Tort Claims Act. The defendant requires this deposition to explore the facts and circumstances giving rise to the plaintiff's cause of action and the damages he claims to have suffered as a result.

////

    4. Plaintiff does not object to his deposition being taken on a date that is mutually agreeable to his counsel.

    IT IS SO STIPULATED.

DATED: January 22, 2014							LAW OFFICES OF ELLEN C. DOVE

										*/s/ Ellen C. Dove*  (authorized by 1/17/14 email)
										_____
										ELLEN C. DOVE, ESQ.
										Attorney for Plaintiff


DATED: January 22, 2014							BENJAMIN B. WAGNER
										United States Attorney

										 */s/ Bobbie J. Montoya*
										_____
										BOBBIE J. MONTOYA
										Assistant United States Attorney

										Attorneys for Defendant


## **ORDER**

    Pursuant to Fed. R. Civ. P. 30(a)(2)(B), leave is hereby granted for defendant United States to take the deposition of plaintiff Justin Dobrowski, an inmate currently confined by the California Department of Corrections and Rehabilitation in Eloy, Arizona, prior to the close of discovery on March 31, 2014, or any date that discovery may be extended to by the Court.

    IT IS SO ORDERED.


Dated: January 22, 2014
										_____
										CAROLYN K. DELANEY
										UNITED STATES MAGISTRATE JUDGE