1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2775

5  Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>                        Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | Case No.  2:11-CV-02835 JAM CKD<br><br>STIPULATION AND ORDER TO MODIFY MARCH 19, 2013 PRETRIAL SCHEDULING ORDER (DOC. #15) |

IT IS HEREBY STIPULATED by and between the parties, and upon the Court's approval, that the dates set forth in the March 19, 2013 pretrial scheduling order, Doc. #15, shall be modified (extended) as follows:

| | |
|---|---|
| Discovery cut-off: | May 16, 2014 (from March 31, 2014) |
| Law and Motion cut-off: | filed in July 2014 & to be heard no later than in August 2014 (from earlier filing deadline of May 7 for June 4, 2014 hearing) |
| Final Pretrial Conference: | September 2014 (from July 25, 2014) |
| Trial: | late October 2014 (from September 8, 2014) |

Modification of the pretrial schedule is sought so that the parties may participate in a settlement conference that is currently scheduled for April 8, 2014, before Magistrate Judge Honorable Kendall J. Newman, that may successfully resolve this case. There has been no prior extension of these dates herein. In all other respects, the March 19, 2013 pretrial scheduling order shall remain in effect.

IT IS SO STIPULATED.

Stipulation and [proposed] Order to Modify March 19, 2013
Pretrial Scheduling Order

1

DATED:  March 3, 2014           LAW OFFICES OF ELLEN C. DOVE

                                */s/ Ellen C. Dove*  (authorized by 3/3/14 email)
                                _____
                                ELLEN C. DOVE, ESQ.
                                Attorney for Plaintiff


DATED:  March 4, 2014           BENJAMIN B. WAGNER
                                United States Attorney

                                 */s/ Bobbie J. Montoya*
                                _____
                                BOBBIE J. MONTOYA
                                Assistant United States Attorney

                                Attorneys for Defendant


## **ORDER**

Good cause having been shown, the foregoing stipulation is hereby APPROVED.  The March 19, 2013 scheduling order, Doc. #15, is hereby modified as follows:

| | |
|---|---|
| Discovery cut-off: | May 16, 2014 |
| Law and Motion cut-off: | filed no later than July 23, 2014; for hearing no later than August 20, 2014 at 9:30 a.m. |
| Joint pretrial statement due: | September 20, 2014 |
| Final Pretrial Conference: | September 26, 2014 at 10:00 a.m. |
| Court Trial: | October 27, 2014 at 9:00 a.m. |

In all other respects, the March 19, 2013 pretrial scheduling order shall remain in effect.

IT IS SO ORDERED.


DATED:  3/4/2014                /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge