BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:11-CV-02835 JAM CKD<br><br>ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |

     The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to and in accordance with the Stipulation for Compromise Settlement, Releases and Dismissal of Federal Tort Claims Act Claim filed herein on July 2, 2014, Doc. #40. The Clerk of the Court shall enter the dismissal and release in the official docket.

     IT IS SO ORDERED.


DATED: 7/2/2014                        /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Court Judge